**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA ) CASE NUMBER 13MJ1502-DHB

vs ) ABSTRACT OF ORDER

Jose Guzman ) Booking No. ______

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/16/13

the Court entered the following order:

X Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $ ______ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ______ years.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

X Case dismissed.

____ Case dismissed, charges pending in case no. ______

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ______

DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1998-783-398/40151

CLERK'S COPY